FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD MCINTOSH,<br><br>Defendant. | No. 2:13-CR-0082-LRS-1<br><br>ORDER DENYING MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c) WITHOUT PREJUDICE |

BEFORE THE COURT is Defendant's pro se construed Motion for Compassionate Release under 18 U.S.C. § 3582(c). ECF No. 97. After considering the submissions of the parties, the applicable factors in 18 U.S.C. § 3553(a), and the applicable policy statements issued by the Sentencing Commission, Defendant's construed Motion for Compassionate Release, **ECF No. 97**, is **DENIED WITHOUT PREJUDICE** because Defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A). Defendant's

ORDER - 1

Motion to Dismiss Compassionate Release Motion Without Prejudice, **ECF No. 110**, is **GRANTED**.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to Defendant and counsel.

DATED October 1, 2020.

                                     LONNY R. SUKO
                             Senior United States District Judge

ORDER - 2